# Exhibit 1

**RECEIVED**
APR 06 2016
OET FIELD SERVICES

U.S. Department of Labor
Employment and Training Administration
OMB. Approval No. 1205-0134, Expires 11/30/2012

**Agricultural and Food Processing Clearance Order**
Pedido de Empleados para Agricultura y Procesamiento de Alimentos

1. **Employer's Name and Address** (Number, Street, City, State, Zip Code, and telephone number)/ Nombre y Dirección del Empleador (Numero, calle, ciudad, código postal y teléfono) Phone number: 270.847-0526//270-772-1085
   MIKE COLEMAN
   2201 WASH GUNN RD, ADAIRVILLE, KY 42202

2. **Location and Direction to Work Site**/Dirección del lugar de trabajo
   From Russellville, KY take Hwy 96 south for 8 miles, take a right for 2.2 miles, farm and housing on left, at 2201 Wash Gunn Rd, Adairville, KY 42202

   De Russellville, la toma Hwy 96 de KY del sur para 8 millas, toma una derecha para 2.2 millas, la granja y la cubierta en izquierda, en 2201 la colada Gunn Rd, Adairville, KY 42202

   (If additional space is needed, use separate sheet of paper)
   SEE ATTACHMENT 4

3. **Location and Description of Housing** / Dirección y Descripción de la Vivienda

   From Russellville, KY take Hwy 96 south for 8 miles, take a right for 2.2 miles, farm and housing on left, at 2201 Wash Gunn Rd, Adairville, KY 42202

   De Russellville, la toma Hwy 96 de KY del sur para 8 millas, toma una derecha para 2.2 millas, la granja y la cubierta en izquierda, en 2201 la colada Gunn Rd, Adairville, KY 42202

   (If additional space is needed, use separate sheet of paper)./ Si necesita más espacio, utilice documento adicional.)
   **SEE ATTACHMENT 4**

Numbers 4, 5, 6, 7 and 8 for State use only.

4. **Industry Code**/Código de Industria 11191
5. **Job Order #**/No. Orden de Empleo 588928071
6. **Occupational Title and Code** /Título Ocupacional y Código
   45209202 Farm worker crop
7. **Clearance Order Issue Date** / Fecha de Tramite 04/12/2016
8. **Job Order Expiration Date** / Fecha de vencimiento 09/21/2016
9. **Anticipated Period of Employment** / Periodo Anticipado de Empleo 06/13/2016 TO 12/31/2016
   From/ Desde:    To/Hasta:
10. **No. of Worker's Requested** / No. de Trabajadores Pedidos
    10
11. **Anticipated Hours of Work per Week**/Horas Anticipadas de Trabajo por Semana. Total: 40
    Sunday / Domingo 0    Monday / Lunes 8
    Tuesday / Martes 8    Wednesday / Miércoles 8
    Thursday / Jueves 8    Friday / Viernes 8
    Saturday / Sábado 0
12. **Collect Calls Accepted from**/Se Aceptan Llamadas a Cobrar de:
    Employer / El Empleador    Yes ☐ No ☒
    Local Office / La Oficina Local    Yes ☐ No ☒

13. **Board Arrangements** / Arreglo de Alojamiento   State approved housing provided to workers that cannot return to their homes each night./ El estado aprobó la cubierta proporcionada a los trabajadores que no pueden volver a sus hogares cada noche.
    See Attachment 5

14. **Referral Instructions** / Instrucciones para el Referimiento de Candidatos
    Interviews will be conducted by first calling 270.847-0526//270-772-1085 for an appointment
    Las entrevistas serán conducidas primero llamando 270.847-0526//270-772-1085 para una cita
    See Attachment 6

15. **Job Specifications** / Descripción del Trabajo   Physical labor is needed for farm activities involved in greenhouse, planting, growing, harvesting and other production of dark fired and air cured tobacco. El trabajo de la comprobación es necesario para las actividades de la granja implicadas en invernadero, plantando, producción creciendo, cosechando y otro del tabaco encendido y aire curado oscuro.   See Attachment 2
    (If more space is needed, summary of Material Job Specifications in ENGLISH can be included in separate document, and may also be included in SPANISH)

16. **Wage Rates, Special Pay Information and Deductions** / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)

| Crop Activities / Cultivos | Hourly Wage GUARANTEED Salario por Hora | Piece Rate / Unit(s) Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) Pagos Especiales (Bono, etc.) | Deductions / Deducciones | YES / SI | NO | Pay Period Periodo de Pago |
|---|---|---|---|---|---|---|---|
| CUT, SPIKE, HANG ON PIPE WAGON RAILS OR FLAT WAGON/BARN | $ 10.85 | $ NO PIECE RATE AVAILABLE | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal ☒ |
| ALL WORK | $ 10.85 | $ | | Federal Tax Impuestos Federales | ☒ | ☐ | |
| TAKE DOWN, BOOK, STRIP, GRADE, BALE, CLEANUP BARN AREA | $ 10.85 | $ NO PIECE RATE AVAILABLE | | State Tax Impuestos Estatales | ☒ | ☐ | Bi-weekly / cada 2 semanas ☐ |
| GREENHOUSE PRODUCTION | $ 10.85 | $ NO PEICE RATE AVAILABLE | | Meals / Comidas | ☐ | ☒ | |
| | $ | $ | | Other (specify)/ Otro | ☐ | ☒ | Other / Otro ☐ |

**More Details About the Pay / Mas Detalles Sobre el Pago**   The employer will furnish the worker written statements showing the hours actually worked, total earning, hours offered, and all deductions for the pay period with the payroll check. Workers will be paid once each week by Saturday/ El patrón equipará a trabajador escrito las declaraciones que demuestran las horas trabajadas realmente, total ganando, horas ofrecidas, y todas las deducciones para el período de la paga con la nómina de pago comprueban. Los trabajadores serán pagados una vez cada semana de sábado   See Attachment 1
(If additional space is needed, use separate sheet of paper. / Si necesita más espacio, utilice documento adicional.)

1

| | |
|---|---|
| 17. Transportation Arrangements / Arreglos de Transportación | |

The employer agrees to reimburse the worker for the cost of transportation, subsistence and all other costs from the workers home to the worksite upon arrival and before the first weeks pay. Workers will provide the employer receipts of all costs; any cost in Mexican currency will be converted at the current exchange rate in American dollars. The employer will provide or pay the cost of return transportation and subsistence from the worksite to the workers home. The employer at no cost will provide daily transportation from the housing site to the work site to the worker.

El patrón acuerda reembolsar al trabajador para el coste de transporte, subsistencia y el resto de los costes de los trabajadores caseros a las obras sobre llegada y antes de las primeras semanas pagan. Los trabajadores proporcionarán los recibos del patrón de todos los costes; cualquier coste en modernidad mexicana será convertido en el cambio actual en dólares americanos. El patrón proporcionará o pagará el coste de transporte y de subsistencia de vuelta de las obras a los trabajadores a casa. El patrón en ningún coste proporcionará el transporte diario del sitio de la cubierta al sitio del trabajo al trabajador.

SEE ATTACHMENT 7 FOR FULL INSTRUCTIONS/ VEA EL ACCESORIO 7 PARA LAS INSTRUCCIONES COMPLETAS

(If additional space is needed, use separate sheet of paper. / Si necesita más espacio, utilice documento adicional.)

18. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, or pay workers for this (these) crop activity(ies)? Es la costumbre en el área de usar Contratistas Agrícolas para reclutar, supervisar, transportar, dar vivienda, o pagarle a los trabajadores en estos tipos de cosecha(s)?   Yes / Si  ☐   No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cual es el salario quo le paga al Contratista Agrícola por cada actividad?
N/A

| | Yes | No |
|---|---|---|
| 19. Unemployment Insurance provided? Seguro de Desempleo? | ☐ | ☒ |
| 20. Workers' compensation insurance provided? Indemnización por accidence de trabajo: | ☒ | ☐ |
| 21. Are tools provided at no charge to the workers? / Se le proveen las herramientas de trabajo a los trabajadores sin cargo alguno? | ☒ | ☐ |

22. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None") / Indique todo acuerdo o convenio con los propietarios del establecimiento o sus representantes con respecto al pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, indique "Ninguno")   NONE

23. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None") / Enumere toda huelga, paro o interrupción de las operaciones por parte de los empleados en el lugar de empleo. (Si no hay, indique "Ninguno")

NONE

| 24. Address of Order Holding Office (include Telephone number)/Dirección de la Oficina donde se Radico la Oferta (incluya numero de teléfono)<br>502-782-3079<br>KENTUCKY STATE WORKFORCE AGENCY<br>275 EAST MAIN STREET, 2W-A<br>FRANKFORT, KENTUCKY 40601 | 25. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya numero de teléfono)<br>KENTUCKY EMPLOYMENT OFFICE<br>BOWLING GREEN, KY   270.746.7425 |
|---|---|

26. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job.
Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones de trabajo, y contiene todos los materiales, términos, y condiciones ofrecidos.

Employer's Signature & Title/ Firma y Titulo del Empleador

MIKE COLEMAN    *Mike Coleman* (signature)    04/04/2016

READ CAREFULLY, In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the ETA nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the One-Stop Career Center constitute a contractual job offer to which the One-Stop Career Center, ETA or a State agency is in any way a party.

**Public Burden Statement**

Public reporting burden for the ETA Form 790 is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. Respondents' obligation to reply to these requirements is obligatory by 20 CFR 653.500 and 44 U.S.C. 3501. Persons are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this collection is estimated to average 8 minutes per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Migrant and Seasonal Farmworker Program, Room S4209, 200 Constitution Avenue, NW, Washington, DC 20210.

ETA 790 (Rev. July 2009)

**20 CFR 653.501**
**Assurances**

**INTRASTATE AND INTERSTATE CLEARANCE ORDER**

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 11 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO). If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need. The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.

Employer's Name     ___MIKE COLEMAN, OWNER___     Date: ___04/04/2016___

Employer's Signature   ___mike coleman___

**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System. This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

**WORK CONTRACT and ETA 790 ATTACHMENTS FOR:**
**Employer: Mike Coleman**
**Address: 2201 Wash Gunn Rd, Adairville, KY 42202**
**Phone: 270.847-0526//270-772-1085**
**Dates of employment: June 13, 2016 to December 31, 2016**
**Number of employees: 10 Workers**

**Attachment 1: Wage Rates Special Pay Information, and Deductions:** **The employer, Mike Coleman, offers the current Adverse Effective Wage Rate for the state of Kentucky at the time of work activities**, which today the AEWR is $10.85, the employer will make NO deductions from the H2A foreign worker. Worker referred thru the SWA office and any US workers will have all taxes, including but not limited to, FICA, County, State and Federal Taxes deducted from their pay checks. The employer will offer, advertise in its recruitment, and pay a wage that is the highest of the AEWR, the prevailing hourly wage or piece rate, the agreed-upon collective bargaining wage, or the Federal or State minimum wage at the time the work is performed. The employer will furnish the worker written statements showing 1.The worker's total earnings for the pay period; 2.The worker's hourly rate and/or piece rate of pay; 3.The hours of employment offered to the worker (showing offers in accordance with the Three-fourths guarantee as determined in this section, separate from any hours offered over and above the guarantee); 4.The hours actually worked by the worker; 5.An itemization of all deductions made from the worker's wages; 6.If piece rates are used, the units produced daily; 7.Beginning and ending dates of the pay period; and 8.The employer's name, address, and FEIN, for the pay period connected to the payroll check issued so that such statements will comply with US Department of Labor requirements. The worker may be offered but not required to work more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. Employer will provide the worker(s), referred through the Agricultural Recruiting System forty (40) hours of work for the week beginning with the anticipated date of need stated on the form ETA 790, unless the employer has amended the date of need by notifying the local office of the Kentucky State Workforce Agency at least (10) days prior to the anticipated date of need. If the employer amends the date of need, this guarantee will begin with the amended anticipated date of need. If the employer fails to notify the local office of the Kentucky State Workforce Agency, then the employer will pay an eligible worker, referred through the Agricultural Recruitment System the hourly rate for the activity stated above as commencing with the anticipated date of need, for the first full week's services, without regard to the actual hours worked or activity that the worker was employed in for that week, unless the wage for the activity that the worker was actually involved in was guaranteed at a higher rate than the initially anticipated activity. If more than one activity is anticipated for the first week, and those activities have different wage rates, then the guarantee will be paid at the higher of those wage rates. If the guarantee is invoked, the worker may be required to perform alternative work. The employer may offer alternative work during the contract period at the Alternative Work rate stated above only if climate or crop conditions do not permit workers to engage in the primary activities stated in Item 16 on the form ETA 790, and only after the first weeks guarantee is met. Such alternative work shall include, but is not limited to: repair of barns, draining fields, preparing land for planting, maintenance of tools and equipment, picking up rocks, trimming or mowing grass, weed eat around barns, fencerows or any other structure, cutting thistles with a hoe and other work that is related on the ETA 790 on operating farm. If the worker fails to notify the nearest office of the US Department of Labor Job Service five (5) days prior to the anticipated date of need of their intentions to fill the job for which they were recruited, that worker will be disqualified from the first weeks guarantee stated above. The employer guarantees to offer the worker employment for at least three-quarters (3/4) of the total work hours listed on the ETA 790, beginning with the first workday after the arrival of the worker at the place of employment and continuing through the date listed in Item 9 of the ETA 790 as the ending date of the employment or any extensions there to. If the employer fails to offer the worker less than three quarters (3/4) of the total work hours during the employment period and any extensions, the employer shall pay the worker the amount that he/she would have earned had he/she, in fact, worked the guaranteed number of hours. Pursuant to DOL regulations at 20 CFR 655.122(o), "if, before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the CO. In the event of such termination of a contract, the employer must fulfill a three-fourths guarantee for the time that has elapsed from the start of the work contract to the time of its termination, as described in paragraph (i)(1) of this section. The employer must make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer must: (1) Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers; (2) Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and (3) Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment. Daily subsistence must be computed as set forth in Attachment 7. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved." The three-quarters (3/4) guarantee shall be void if the worker voluntarily abandons his/her employment before the employment period ends or if the worker is terminated by the employer for lawful, job related reasons, at this time the agent is to be notified in writing by email or fax. The wage rates and hourly piece rate guarantees stated above cannot be lowered by the employer, the workers, or the applicant holding office, or by mutual agreement of these parties without the written approval of the Kentucky State Workforce Agency and the Department of Labor, and then only if the lowering of the wage, or guarantee is supported by an approved prevailing wage finding. In no case can an hourly wage or guarantee fall below the adverse effect wage rate. All workers will be paid on Saturday, including domestic and guest workers. The employer agrees to keep and maintain adequate payroll records for three years. Employer shall provide workman's compensation insurance, at no cost to the worker, covering injury and disease arising out of, and in the course of the workers employment and for the complete duration of this contract. The employer agrees to provide every worker or applicant with a copy of this contract on or before being hired.

**Attachment 2: Job Specifications and General Conditions:** Physical labor is needed for all farm activities involved in the growing of plants in the greenhouse, harvesting and stripping of air cured and burley tobacco, any and all other work on property, owned or leased by employer, Mike Coleman, in Logan County, Kentucky. Three months verifiable experience is necessary in the production of air cured and burley tobacco. Work in the fields can begin early in the morning when the leaves are wet with dew and the work will continue all day long even in weather conditions that can be as hot as over 100 degrees. Workers are required to be physically fit and able to perform the duties while standing, bending, stooping, walking and lifting 75 to 80 pound sticks of tobacco all day long and while standing on rails that can be as high as forty feet from the ground. In harvesting of dark tobacco each worker, per hour, is required to spike no less than an average of 120 sticks, pile 240 sticks, load 100 sticks on rails and strip 40 sticks, using a stripping chain. Workers must be able to work as a group, keeping pace with other workers in the production of the tobacco. All the time care must be exercised to prevent bruising and breaking of the tobacco plants and leaves. Care must also be exercised in using the tobacco knife, spear and while climbing and while standing on the rails that are as high as 40 feet. Mike Coleman will make daily individual work assignments, crew assignments and location of work as the needs of the operation dictate. All land is leased or owned but controlled by Mike Coleman. Other work will be available during the slow part of the season which may include mowing the grass, weed eat around building and other repairs and maintenance of any property that is owned or leased by Mike Coleman. Mike Coleman will make daily individual work assignments, crew assignments and location of work as the needs of the operation dictate. Workers may be

assigned a variety of duties in any given day and different task on different days only on land either owned, leased but controlled by Mike Coleman. Steady and reliable attendance is a required must to each aspect of this job.

**Attachment 3: Efforts to Recruit US Workers and Results:** Mike Coleman will send job offers and attempt to locate, by telephone, former employees who are US workers and have worked for Mike Coleman in the past. Mike Coleman will also undertake efforts to locate other U S workers who may be interested in the job opportunity. Currently envisions hiring U S workers. Mike Coleman has filed a job order with the Kentucky State Workforce Agency (U S Job Services) and as part of this filing is attempting to recruit U S workers locally, state-wide and inter-state. In addition to the normal facilities of the U S Job Service the Kentucky State Workforce Agency is seeking U S workers through posted notices in rural areas where workers may congregate, with the Farm Bureau and the Agricultural Extension Service. Outreach workers will make this job opportunity known to U S workers through normal outreach visits to migrant labor camps. Mike Coleman will engage in independent, positive recruitment efforts including additional advertisements in local daily newspapers as required by the USDOL. At a minimum such advertisements will contain; a description of the job offered, the rate of pay offered that will be either the area prevailing wage or the Adverse Effect Wage Rate, whichever is higher, the expected dates of employment, and an offer of housing and transportation under the same conditions as offered to foreign workers. Mike Coleman agree to interview U S workers referred by the Department for Employment Services and those who may apply directly to Mike Coleman for the job. Mike Coleman further agrees to engage in any further recruitment efforts that are prescribed by the Regional Administrator of the US Department of Labor, Employment and Training Administration. Interviews will be conducted by first calling 270.847.0526 for an appointment.

**Attachment 4: Location and Directions to the Housing and Work Site:** The fields and barns are located in Logan County, Kentucky. From Russellville, KY take hwy 96 south for 8 miles, take a right, 2.2 miles to farm and housing on left, at 2201 Wash Gunn Rd, Adairville, KY

**Attachment 5: Board Arrangements:** Mike Coleman will furnish free and convenient cooking and kitchen facilities so that workers can prepare their own meals. The employer will provide transportation to assure that workers have access to stores where they can purchase supplies and groceries. Worker will cook only in the kitchen facilities. The housing facilities will be approved by the Kentucky State Workforce Agency (KY SWA). Housing and the surrounding area will be clean and in compliance with OSHA housing standards and the Kentucky State Workforce Agency. Worker will be responsible for maintaining housing and grounds in a neat and clean manner. Reasonable repair costs of damage, other than which is caused by normal wear and tear, may the responsibility of the workers, found to be responsible for damage to housing and furnishings. Housing and utilities are furnished at no cost to workers who are unable to return to their place of residence the same day. Description of housing: bunkhouse. Location of Housing: From Russellville, KY take hwy 96 south for 8 miles, take a right, 2.2 miles to farm and housing on left, at 2201 Wash Gunn Rd, Adairville, KY

**Attachment 6: Referral Instructions:** Prospective workers are requested to contact the Kentucky Employment Services in Bowling Green, KY at phone number 270.746.7425. The employer may elect to conduct telephone interviews of prospective workers at 270.847.0526. The State Workforce Agency (SWA) will ensure that potential applicants are informed of all acceptable job related requirements listed in the job order, that applicants are informed of job duration and all job related requirements. The state workforce agency is not permitted to screen applicants for employers.

**Attachment 7: Transportation:** The employer will not advance any monies to any worker before he arrives at the worksite, but the employer agrees to reimburse the worker for the cost of transportation and subsistence ($12.09 per day with $51.00 maximum per day as required) and all other costs from the workers home to the worksite upon completion of 50% of the contract. Workers will provide the employer receipts of all costs; any cost in Mexican currency will be converted at the current exchange rate in American dollars. The employer will provide or pay the cost of return transportation and subsistence from the worksite to the workers home. The employer at no cost will provide daily transportation from the housing site to the work site to the worker. If the worker completes the work contract period, or if the employee is terminated without cause and the worker has no immediate subsequent H2A employment, the employer must provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the subsequent employer must provide or pay for such expenses. The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H2A worker is displaced as a result of the employer's compliance with the 50 percent rule as described in 655.135(d) of this subpart with respect to the referrals made after the employer's date of need.

**Attachment 8: Other Conditions of Employment:**
**Mail and Telephone:** Workers may receive mail at the following address: 2201 Wash Gunn Rd, Adairville, KY 42202
Workers may be contacted in the event of an emergency by telephone at: 270.847.0526
**Satellite TV and Telephone:** Workers may have Satellite TV and a house phone at their expense; and will reimburse the employer for the cost of the Satellite TV and Phone service each month when the invoice comes from the suppliers of these services. Cell Phones and devices with ear phones will be limited to only be used when not working on the job.
**Involuntary Termination:** Mike Coleman may terminate the worker for lawful, job related reason, if so terminated; the employee will pay his own way home. Mike Coleman is responsible to contract the agent, Ray Wilcoxson, by fax or email in the event of such terminations, so the Kentucky State Workforce Agency can be notified immediately by fax or by email.
**Alcohol Use:** The employer will not allow any use of alcohol or illegal drugs by the employee during the period of employment under this contract.
**Medical Termination:** In the event of termination of a workers employment for medical reasons as a result of employment, Mike Coleman agrees to pay transportation and subsistence costs for the worker's travel to his home. This termination will be determined after the employer confers with the doctor. Termination for medical reasons occurring after the worker has been employed that are not work related; the worker will pay his own way home.
**Extensions of the Work Order:** No extensions of this clearance order will relieve Mike Coleman of his obligations to pay wages that have already been earned, transportation costs that have already been, or shall be, incurred or guarantees stated in this order.
**Notification of the Employment Service:** Mike Coleman will expeditiously notify the local office of the Kentucky State Workforce Agency thru his agent in writing, within twenty four (24) hours, of any changes in the terms and conditions or anticipated dates of this order.
**Outreach Workers:** Mike Coleman will allow outreach workers for the Kentucky State Workforce Agency reasonable access to all workers employed under this order pursuant to 20 CFR 653.107 and 20 CFR 653.501.
**Assurances:** Mike Coleman agrees to abide by the regulations at 20 CFR 655.135, Assurances and 20 CFR 653.501
**Drug Testing:** Mike Coleman reserves the right for probable cause to conduct random drug testing on any employee after being hired. If employee is positive for any drugs or refuses to take the test, the employee will be subject to dismissal, if so terminated, the employee will pay his own way home. This testing will be at the total expense of Mike Coleman.

CONTRATO del TRABAJO y ACCESORIOS de ETA 790 PARA:
Patrón: Mike Coleman
Dirección: 2201 colada Gunn Rd, Adairville, KY 42202
Teléfono: 270.847-0526//270-772-1085
Fechas del empleo: Del 13 de junio de 2016 al 31 de diciembre de 2016
Número de empleados: 10 trabajadores

**Accesorio 1: Información especial de la paga de las tarifas de salario, y deducciones:** El patrón, Mike Coleman, ofrece la tarifa de salario eficaz adversa actual para el estado de Kentucky a la hora de las actividades del trabajo, que el AEWR es hoy $10.85, el patrón no hará NINGUNA deducción del trabajador extranjero de H2A. El trabajador se refirió a través de la oficina de SWA y cualquier trabajador de los E.E.U.U. tendrá todos los impuestos, el incluir pero no limitados a, FICA, el condado, el estado e impuestos federales deducidos de sus cheques de la paga. El patrón ofrecerá, anunciará en su reclutamiento, y pagará un salario que sea el más alto del AEWR, la tarifa cada hora del salario que prevalece o de pedazo, el salario acordado el estipular colectivo, o el salario mínimo federal o el estado cuando se realiza el trabajo. El patrón equipará a trabajador escrito las declaraciones que demuestran las ganancias totales del trabajador 1.The para el período de la paga; precio por hora del trabajador 2.The y/o índice de pedazo de la paga; las horas 3.The del empleo ofrecieron al trabajador (que demuestra las ofertas de acuerdo con los Tres-cuartos garantizan según lo determinado en esta sección, a parte de cualquier hora ofrecida superior a la garantía); las horas 4.The trabajaron realmente por el trabajador; itemización 5.An de todas las deducciones hechas de los salarios del trabajador; se utilizan las tarifas de pedazo 6.If, las unidades producidas diariamente; 7.Beginning y fechas del conclusión del período de la paga; y nombre del patrón 8.The, dirección, y FEIN, para el período de la paga conectado con el cheque de la nómina de pago publicado de modo que tales declaraciones se conformen con el departamento de los E.E.U.U. de requisitos de trabajo. El trabajador puede ser ofrecido pero no ser requerido para trabajar más que el número de las horas especificadas en la orden de trabajo por un día laborable, o en Sabbath o los días de fiesta federales del trabajador. El patrón proporcionará a trabajadores, referidos con las 40) horas de reclutamiento agrícolas del sistema cuarenta (del trabajo para la semana que comienza con la fecha anticipada de la necesidad indicada en la forma ETA 790, a menos que el patrón haya enmendado la fecha de la necesidad notificando la oficina local días de la agencia de la mano de obra del estado de Kentucky de los 10) por lo menos (antes de la fecha anticipada de la necesidad. Si el patrón enmienda la fecha de la necesidad, esta garantía comenzará con la fecha anticipada enmendada de la necesidad. Si el patrón no puede notificar la oficina local de la agencia de la mano de obra del estado de Kentucky, entonces el patrón pagará a trabajador elegible, referido a través del sistema agrícola del reclutamiento el precio por hora la actividad indicada arriba pues comenzando con la fecha anticipada de la necesidad, de los servicios de la primera semana completa, sin consideración alguna hacia las horas reales trabajadas o la actividad que emplearon al trabajador adentro para esa semana, a menos que el salario para la actividad que el trabajador estuvo implicado realmente adentro fuera garantizado en una tarifa más alta que la actividad inicialmente anticipada. Si más de una actividad se anticipa para la primera semana, y esas actividades tienen diversas tarifas de salario, entonces la garantía será pagada en el más alto de esas tarifas de salario. Si se invoca la garantía, el trabajador puede ser requerido realizar el trabajo alternativo. El patrón puede ofrecer el trabajo alternativo durante el plazo de ejecución en la tarifa de trabajo alternativa indicada arriba solamente si las condiciones del clima o de la cosecha no permiten que los trabajadores enganchen a las actividades primarias indicadas en el artículo 16 en la forma ETA 790, y solamente después de las primeras semanas la garantía es met. Tal trabajo alternativo incluirá, sino no será limitado: la reparación de graneros, drenando los campos, preparando la tierra para plantar, el mantenimiento de herramientas y el equipo, escogiendo encima de las rocas, ajuste o segando la hierba, mala hierba come alrededor de los graneros, fencerows o cualquier otra estructura, cortando thistles con la azada y el otro trabajo que es relacionado en el ETA 790 en granja de funcionamiento. Si el trabajador no puede notificar la oficina más cercana del departamento de los E.E.U.U. días del servicio cinco del trabajo del trabajo de 5) (antes de la fecha anticipada de la necesidad de sus intenciones de llenar el trabajo para el cual fueron reclutados, descalificarán a ese trabajador de la primera garantía de las semanas indicada arriba. Las garantías del patrón para ofrecer el empleo por lo menos tres cuartos del trabajador (3/4) de las horas totales del trabajo enumeraron en el ETA 790, comenzando con el primer día laborable af. Las garantías del patrón para ofrecer el empleo por lo menos tres cuartos del trabajador (3/4) de las horas totales del trabajo enumeraron en el ETA 790, comenzando con el primer día laborable después de la llegada del trabajador en el lugar del empleo y continuando a través de la fecha enumerada en el artículo 9 del ETA 790 como la fecha del conclusión del empleo o de cualquier extensión allí a. Si el patrón no puede ofrecer al trabajador menos de tres cuartos (3/4) de las horas totales del trabajo durante el período del empleo y ningunas extensiones, el patrón pagará a trabajador la cantidad que he/she habría ganado tenía he/she, de hecho, trabajado el número garantizado de horas. Conforme a regulaciones de DOL en 20 CFR 655.122 (o), "si, antes de la fecha de vencimiento especificada en el contrato del trabajo, los servicios del trabajador se requieren no más por razones más allá del control del patrón debido al fuego, al tiempo, o al otro acto del dios que hace el cumplimiento del contrato imposible, el patrón puede terminar el contrato del trabajo. Si tal acontecimiento constituye una imposibilidad del contrato será determinada por el CO. En caso de tal terminación de un contrato, el patrón debe satisfacer una garantía de los tres-cuartos por el tiempo que ha transcurrido del comienzo del contrato del trabajo a la época de su terminación, según lo descrito en el párrafo (i) (1) de esta sección. El patrón debe hacer esfuerzos de transferir al trabajador al otro empleo comparable aceptable al trabajador, constante con ley existente de la inmigración, como aplicable. Si tal transferencia no se afecta, el patrón debe: (1) Vuelva a trabajador, en el costo del patrón, al lugar de el cual el trabajador (sin hacer caso del empleo que interviene) vino trabajar para el patrón, o transporte a trabajador al patrón certificado siguiente de H-2A del trabajador, cualquiera el trabajador prefiere; (2) Reembolse a trabajador que la cantidad completa de cualquier deducción hizo de la paga del trabajador del patrón para los costos del transporte y de subsistencia al lugar del empleo; y (3) pague a trabajador cualquier coste incurrido en por el trabajador para el transporte y la subsistencia diaria al lugar del empleo de ese patrón. La subsistencia diaria se debe computar según lo dispuesto en el accesorio 7. La cantidad del pago del transporte no debe ser menos (y no se requiere para ser más) que las cargas de transporte más económicas y más razonables del portador común para las distancias implicadas." La 3/4) garantía de tres cuartos (será vacío si el trabajador abandona voluntariamente su empleo antes de los extremos del período del empleo o si al patrón por razones legales termina al trabajador, relativas al trabajo, en este tiempo que el agente debe para ser notificado en escribir por el email o el fax. Las tarifas de salario y las garantías cada hora de la tarifa de pedazo indicadas arriba no se pueden bajar por el patrón, los trabajadores, o el aspirante que sostiene la oficina, o por acuerdo mutuo de estos partidos sin la aprobación escrita de la agencia de la mano de obra del estado de Kentucky y el departamento del trabajo, y entonces solamente si el bajar del salario, o la garantía es apoyado por encontrar aprobado del salario que prevalece. De ningún modo pueda un salario cada hora o garantice la caída debajo de la tarifa de salario del efecto nocivo. Todos los trabajadores serán pagados el sábado, incluyendo trabajadores del domestic y de huésped. El patrón conviene la subsistencia y mantiene los expedientes adecuados de la nómina de pago por tres años. El patrón proporcionará el seguro de la remuneración del trabajador, en ningún coste al trabajador, cubriendo lesión y la enfermedad que se presentan fuera, y en el curso del empleo de los trabajadores y para la duración completa de este contrato. El patrón acuerda proveer de cada trabajador o aspirante una copia de este contrato en o antes de ser empleado.

**Accesorio 2: Especificaciones de trabajo y condiciones generales:** El trabajo de la comprobación es necesario para las actividades de la granja implicadas en el crecimiento de plantas en el invernadero, cosechar y pelar del aire curado y del tabaco del burley, el otro trabajo sobre característica en el condado de Logan, Kentucky. Tres meses de experiencia comprobable son necesarios en la producción del aire curada y del tabaco del burley. El trabajo en los campos puede comenzar temprano por la mañana en que las hojas son mojadas con rocío y el trabajo continuará todo el día uniforme en las condiciones atmosféricas que pueden ser tan calientes como sobre 100 grados. Requieren a los trabajadores poder cabidos físicamente y realizar los deberes mientras que están parados, dóblanse, inclinándose, caminando y levantando los palillos de 75 a 80 libras del tabaco todo el día y mientras que están parados en los carriles que pueden ser tan altos como cuarenta pies de la tierra. Requieren al trabajador cortar y punto ningún menos que un promedio de 60 palillos por hora cada hora durante el proceso del corte con el tabaco y el palillo curados aire oscuro 100 en la producción del tabaco del burley. Requieren cada uno de los trabajadores pelar, calificar y embalar ningún menos que un promedio de 30 palillos por hora cada hora durante el proceso que pela con todos los tipos de tabaco. Los trabajadores deben poder trabajar como grupo, manteniendo paso con otros trabajadores la producción del tabaco. Todo el cuidado del tiempo se debe ejercitar para evitar el contusionar y el romperse de las plantas y de las hojas del tabaco. El cuidado debe también ser ejercitado al usar el cuchillo del tabaco, lanza y mientras que sube y mientras que está parado en los carriles que son tan altos como 40 pies. Mike Coleman hará diariamente asignaciones individuales del trabajo, asignaciones del equipo y la localización de trabajo como las necesidades del dictado de la operación. Se arrienda o se posee pero es controlada toda la tierra por Mike Coleman. El otro trabajo estará disponible

durante la parte lenta de la estación que puede incluir la siega de la hierba, mala hierba come alrededor del edificio y las otras reparaciones y mantenimiento de cualquier característica que sea poseída o arrendada por Mike Coleman. Mike Coleman hará diariamente asignaciones individuales del trabajo, asignaciones del equipo y la localización de trabajo como las necesidades del dictado de la operación. Los trabajadores pueden ser asignados una variedad de deberes en cualquier día dado y diversa tarea en diversos días solamente en tierra cualquiera poseída, arrendada pero controlada por Mike Coleman. La atención constante y confiable es una necesidad requerida a cada aspecto de este trabajo.

**Accesorio 3: Esfuerzos de reclutar trabajadores y resultados de los E.E.U.U.:** Mike Coleman enviará ofertas del trabajo y procurará localizar, por el teléfono, a los empleados anteriores que son trabajadores de los E.E.U.U. y han trabajado para Mike Coleman en el pasado. Mike Coleman también emprenderá esfuerzos de localizar a otros trabajadores de U S que puedan estar interesados en la oportunidad de trabajo. Preve actualmente el emplear de trabajadores de U S. Mike Coleman ha archivado una orden de trabajo con la agencia de la mano de obra del estado de Kentucky (servicios del trabajo de U S) y como parte de esta limadura está procurando reclutar a trabajadores de U S localmente, a lo largo y ancho del estado y de un estado a otro. Además de las instalaciones normales del servicio del trabajo de U S la agencia de la mano de obra del estado de Kentucky está buscando a trabajadores de U S a través de avisos fijados en las áreas rurales donde los trabajadores pueden juntarse, con la oficina de la granja y el servicio de extensión agrícola. Exceda a trabajadores hará esta oportunidad de trabajo sabida a los trabajadores de U S con normal para exceder visitas a los campos del trabajo migratorio. Mike Coleman enganchará a la independiente, esfuerzos positivos del reclutamiento incluyendo los anuncios adicionales en periódicos diarios del local según los requisitos del USDOL. En un mínimo tales anuncios contendrán; una descripción del trabajo ofreció, el índice de la paga ofrecido que será el salario que prevalece del área o la tarifa de salario del efecto nocivo, cualquiera es más alto, las fechas previstas del empleo, y una oferta de la cubierta y del transporte bajo mismas condiciones según lo ofrecido a los trabajadores extranjeros. Mike Coleman acuerda entrevistarse con a trabajadores de U S referidos por el departamento para los servicios y los del empleo que pueden aplicarse directamente a Mike Coleman para el trabajo. Mike Coleman más futuro acuerda enganchar a cualquier esfuerzo más otro del reclutamiento que sea prescrito por el administrador regional del departamento de los E.E.U.U. de la administración del trabajo, del empleo y del entrenamiento. Las entrevistas serán conducidas primero llamando 270.847.0526 para una cita

**Accesorio 4: Localización y direcciones al sitio de la cubierta y del trabajo:** Los campos y los graneros están situados en el condado de Logan, Kentucky. De Russellville, la toma 96 hwy de KY del sur para 8 millas, lleva una derecha, 2.2 millas la granja y la cubierta en izquierda, en 2201 la colada Gunn Rd, Adairville, KY

**Accesorio 5: Arreglos del tablero:** Mike Coleman equipará instalaciones libres y convenientes el cocinar y de la cocina de modo que los trabajadores puedan preparar sus propias comidas. El patrón proporcionará el transporte para asegurar que los trabajadores tienen acceso a los almacenes en donde pueden comprar fuentes y la tienda de comestibles. El trabajador cocinará solamente en las instalaciones de la cocina. Las instalaciones de la cubierta serán aprobadas por la agencia de la mano de obra del estado de Kentucky (KY SWA). El contener y los alrededores estarán limpios y de acuerdo con los estándares de la cubierta del OSHA y la agencia de la mano de obra del estado de Kentucky. El trabajador será responsable de mantener la cubierta y los argumentos de una manera aseada y limpia. Los costes razonables de la reparación de daño, con excepción de los cuales es causado por desgaste normal y el rasgón, pueden la responsabilidad de los trabajadores, encontraron para ser responsables de daño a la cubierta y a los mobiliarios. La cubierta y las utilidades se equipan en ningún coste a los trabajadores que no pueden volver a su domicilio el mismo día. Descripción de la cubierta: bunkhouse. Localización de la cubierta: De Russellville, la toma 96 hwy de KY del sur para 8 millas, lleva una derecha, 2.2 millas la granja y la cubierta en izquierda, en 2201 la colada Gunn Rd, Adairville, KY

**Accesorio 6: Instrucciones de la remisión:** Solicitan los trabajadores anticipados entrar en contacto con los servicios en verde de bowling, KY del empleo de Kentucky en el teléfono número 270.746.7425. El patrón puede elegir para conducir entrevistas del teléfono de trabajadores anticipados en 270.847.0526. La agencia de la mano de obra del estado (SWA) se asegurará de que los aspirantes potenciales sean informados de todos los requisitos relativos al trabajo aceptables enumerados en la orden de trabajo, ese los aspirantes es informada de la duración del trabajo y de todos los requisitos relativos al trabajo. La agencia de la mano de obra del estado no se permite para defender a aspirantes para los patrones.

**Accesorio 7: Transporte:** El patrón no avanzará ninguna dineros a ningún trabajador antes de que él llegue las obras, pero el patrón acuerda reembolsar al trabajador para el coste del transporte y de la subsistencia ($12.09 por día con el máximo $51.00 por día como sea necesario) y el resto de los costes de los trabajadores caseros a las obras sobre la terminación de el 50% del contrato. Los trabajadores proporcionarán los recibos del patrón de todos los costes; cualquier coste en modernidad mexicana será convertido en el cambio actual en dólares americanos. El patrón proporcionará o pagará el coste de transporte y de subsistencia de vuelta de las obras a los trabajadores a casa. El patrón en ningún coste proporcionará el transporte diario del sitio de la cubierta al sitio del trabajo al trabajador. Si el trabajador termina el plazo de ejecución del trabajo, o si terminan al empleado sin causa y el trabajador no tiene ningún empleo subsecuente inmediato de H2A, el patrón debe prever o pagar el transporte y la subsistencia diaria del trabajador del lugar del empleo al lugar de el cual el trabajador, sin hacer caso del empleo que intervenía, salió para trabajar para el patrón. Si el trabajador ha contraído con un patrón subsecuente que ha acordado en tal contrato del trabajo prever o pagar el transporte del trabajador y los costos de subsistencia diarios de las obras del patrón a las obras de tal patrón subsecuente, el patrón subsecuente debe prever o pagar tales costos. No relevan al patrón de su obligación de prever o de pagar el transporte y la subsistencia de vuelta si desplazan a un trabajador de H2A como resultado de la conformidad del patrón con la regla de 50 por ciento según lo descrito en 655.135 (d) de este subpart con respecto a las remisiones hechas después de la fecha del patrón de la necesidad.

**Accesorio 8: Otras condiciones del empleo: Correo y teléfono:** Correo y teléfono: Los trabajadores pueden recibir el correo en la dirección siguiente: 2201 la colada Gunn Rd, Adairville, trabajadores de KY 42202 se puede entrar en contacto con en caso de una emergencia por el teléfono en: 270.847.0526 TV vía satélite y teléfono: Los trabajadores pueden tener la TV vía satélite y un teléfono de la casa en su costo; y reembolsará a patrón para el coste de la TV vía satélite y del servicio telefónico cada mes en que la factura viene de los surtidores de estos servicios. Los teléfonos y los dispositivos de la célula con los teléfonos del oído serán limitados para ser utilizados solamente al no trabajar en el trabajo. Terminación involuntaria: Mike Coleman puede terminar al trabajador por razón legal, relativa al trabajo, si está terminado tan; el empleado pagará su propio hogar de la manera. Mike Coleman es responsable contraer al agente, rayo Wilcoxson, por fax o email en caso de tales terminaciones, así que la agencia de la mano de obra del estado de Kentucky se puede notificar inmediatamente por fax o por el email. Uso del alcohol: El patrón no permitirá ningún uso del alcohol o de las drogas ilegales del empleado durante el período del empleo bajo este contrato. Terminación médica: En caso de la terminación de un empleo de los trabajadores por razones médicas como resultado del empleo, Mike Coleman acuerda pagar los costes del transporte y de subsistencia el recorrido del trabajador a su hogar. Esta terminación será determinada después de que el patrón confiera con el doctor. Terminación por las razones médicas que ocurren después de que hayan empleado al trabajador que no son trabajo relacionado; el trabajador pagará su propio hogar de la manera. Extensiones de la orden de trabajo: Ningunas extensiones de esta orden de separación relevarán a Mike Coleman de sus obligaciones de pagar los salarios que se han ganado ya, los costes del transporte que han estado ya, o serán, incurrido en o las garantías indicado en esta orden. Notificación del servicio del empleo: Mike Coleman notificará expeditivo la oficina local de la agencia de la mano de obra del estado de Kentucky a través de su agente en la escritura, dentro de veinticuatro (24) horas, de cualquier cambio en los términos y las condiciones o de fechas anticipadas de esta orden. Exceda a trabajadores: Mike Coleman permitirá excede a trabajadores para el acceso razonable de la agencia de la mano de obra del estado de Kentucky a todos los trabajadores empleados bajo esta orden conforme a 20 CFR 653.501 de CFR 653.107 y 20. Aseguramientos: Mike Coleman acuerda seguir las regulaciones en la prueba de la droga de 20 CFR 655.135, de los aseguramientos y 20 de CFR 653.501: Mike Coleman reserva la derecha para la causa probable de conducir la droga al azar que prueba en cualquier empleado después de ser empleado. Si el empleado es positivo para algunas drogas o rechaza tomar la prueba, el empleado estará conforme a despido, si está terminado tan, el empleado pagará su propio hogar de la manera. Esto que prueba estará en el costo total de Mike Coleman.

## Work Rules for MIKE COLEMAN

Although not intended to be a complete list, these work rules are intended to provide guidance to workers of standards of conduct expected of them.

Notice is provided that violation of lawful job-related employer requirements, including these work rules, will be considered grounds for immediate termination of a worker's employment. Penalties such as suspension from work opportunity for the remainder of a day to three days may be made in the case of less serious violations.

Workers are expected to comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all property provided to them by the employer.

1. Workers who perform sloppy work may be suspended without pay for the remainder of a workday or for up to three days in the sole judgment of their supervisor, depending on the degree of infraction, the worker's prior record and other relevant factors. Discharge of the worker may result from any subsequent offense.

2. No use or possession of beer, liquor or illegal drugs is permitted during work time or during any workday before work is completed for the day (such as during meals); workers may not report for work under the influence of beer, liquor or illegal drugs. Employees may be terminated for excessive use of alcohol, drunk and/or disorderly conduct in housing after hours. Illegal drugs may not be used, sold, manufactured or kept on any employer premises, including housing.

3. Excessive absences and/or tardiness will not be permitted. This is regular everyday work for which employees are expected to be present, able and willing to perform every scheduled workday and at the scheduled time. This is not sporadic or "day work". Excessive or repeated tardiness is not acceptable. Any absence from work must be reported by 7 AM. Five consecutive workdays of unexcused absence will constitute abandonment of employment and worker will be terminated.

4. Workers shall maintain any living quarters provided to them clean and in good repair, given reasonable wear and tear. Workers shall cooperate in maintaining common kitchen and living areas. No pets of any kind are permitted.

5. All posters required by federal and state law will be posted at each camp. They are not to be removed, defaced, or altered in any way. Workers who wish copies may ask their supervisor.

6. All housing must be locked each morning before leaving for work. Lights and unnecessary heat should be turned off; doors and windows closed in event of rain and when heat is turned on.

7. Workers living in employer's housing assigned to bunk beds may not separate bunk beds, as floor space in sleeping rooms is needed by all occupants.

8. Workers living in employer's housing may not cook in sleeping rooms or any other non-kitchen areas. Employer furnishes cooking facilities and equipment.

9. Workers may not drop paper, cans, bottles and other trash in fields, work areas, or on housing premises. Trash and waste receptacles must be used.

10. Workers may not take unauthorized breaks from work.

11. Workers may not leave the field or other assigned work area without permission of employer or person in charge.

12. Workers may not enter employer's premises without authorization.

13. Workers shall be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.

14. Workers living in employer's housing may not entertain guests in housing premises after 10:30 PM except on Saturday night on which night guest hours end at 12:00 midnight. No persons, other than workers assigned by employer to a room, may sleep in any room.

15. Workers may not deliberately restrict production, damage plants or bruise fruit.

16. Any workers who physically threatens another worker, the employer or any supervisor with any tool or weapon will be subject to immediate discharge.

17. Any worker who is found carrying, using or possessing any dangerous or deadly weapon will be subject to immediate discharge.

18. Workers will be discharged for fighting on the employer's premises. including housing premises, at any time.

19. Workers will be discharged if they steal from fellow workers or the employer.

20. Workers will not falsify identification, personnel, medical, production or other work-related records.

21. Workers may not willfully abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other employees.

22. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property to which the worker has not been specifically assigned by his supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for their personal use unless expressly authorized by the employer.

23. Workers must not misuse or remove from the farm premises without authorization any employer-owned property.

24. Workers must obey all safety rules and common safety practices and must report any injuries or accidents promptly to their supervisor or the employer's office.

25. Workers must follow supervisor's instructions. Insubordination is cause for dismissal.

26. Long distance telephone calls are prohibited without prior permission of employer and costs of such calls, if made by workers without employer's prior permission, will be charged to workers.

27. Except as otherwise noted above, employees who violate work rules will be disciplined according to the following schedule:

First offense:    Oral warning and correction
Second offense: Written warning and unpaid leave for balance of day.
Third offense:    Immediate discharge with written fact statement. Employee will be asked to sign written fact statement.

## Reglas de trabajo para la granja del MIKE COLEMAN

- de trabajo aunque no están prepuestas ser una lista completa, estas reglas de trabajo se piensan para proporcionar la dirección a los trabajadores de los estándares de la conducta esperados de ellos.

El aviso es a condición de que la violación de los requisitos relativos al trabajo legales del patrón, incluyendo estas reglas de trabajo, es considerada los argumentos para la terminación inmediata del empleo de un trabajador. Las penas tales como suspensión de la oportunidad del trabajo para el resto de un día a tres días se pueden hacer en el caso de violaciones menos serias.

Se espera que los trabajadores se conformen con todas las reglas referentes a disciplina, atención, calidad y esfuerzo del trabajo, y el cuidado y el mantenimiento de toda la característica proporcionada a ellas del patrón.

1. Los trabajadores que realizan el trabajo descuidado pueden ser suspendidos sin la paga para el resto de un día laborable o por hasta tres días en el juicio único de su supervisor, dependiendo del grado de la infracción, del expediente anterior del trabajador y de otros factores relevantes. La descarga del trabajador puede resultar de cualquier ofensa subsecuente.

2. No se permite ningún uso o posesión de la cerveza, del licor o de las drogas ilegales durante tiempo del trabajo o durante ningún día laborable antes de que el trabajo se termine para el día (por ejemplo durante comidas); los trabajadores pueden no divulgar para el trabajo bajo influencia de la cerveza, del licor o de las drogas ilegales. Los empleados pueden ser terminados para del uso de la conducta excesiva del alcohol, bebido y/o desordenado en contener después de horas. Las drogas ilegales no se pueden utilizar, vender, fabricar o guardar en ninguna premisas del patrón, incluyendo la cubierta.

3. Las ausencias y/o la tardanza excesivas no serán permitidas. Éste es el trabajo diario regular para el cual se espera que los empleados sean presentes, capaces y que quieren de realizar cada día laborable programar y en el tiempo programar. Éste no es trabajo esporádico o "del día". La tardanza excesiva o repetida no es aceptable. Cualquier ausencia del trabajo se debe divulgar por 7. Cinco días laborables consecutivos de unexcused ausencia constituirán el abandono del empleo y terminarán al trabajador.

4. Los trabajadores mantendrán cualquier cuarto vivo proporcionado a él limpio y en la buena reparación, dada desgaste razonable y el rasgón. Los trabajadores cooperarán en mantener la cocina común y áreas vivas. No se permite ningunos animales domésticos de la clase.

5. Todos los carteles requeridos por ley federal y del estado serán fijados en cada campo. No deben ser quitados, ser desfigurados, o ser alterados de ninguna manera. Los trabajadores que desean copias pueden preguntar a su supervisor.

6. Toda la cubierta se debe trabar cada mañana antes de irse para el trabajo. Las luces y el calor innecesario se deben dar vuelta apagado; las puertas y las ventanas se cerraron en el acontecimiento de la lluvia y cuando se gira el calor.

7. Los trabajadores que viven en la cubierta del patrón asignada a las camas de cucheta pueden no separar camas de cucheta, pues el espacio en cuartos el dormir es necesitado por todos los inquilinos.

8. Los trabajadores que viven en la cubierta del patrón pueden no cocinar en cuartos el dormir o ninguna otra áreas de la no-cocina. El patrón equipa cocinar instalaciones y el equipo.

9. Los trabajadores pueden no caer el documento, las latas, las botellas y la otra basura en los campos, áreas de trabajo, o sobre premisas de la cubierta. Los receptáculos de la basura y de la basura deben ser utilizados.

10. Los trabajadores pueden no tomar roturas desautorizadas del trabajo.

11. Los trabajadores pueden no dejar el campo o la otra área de trabajo asignada sin el permiso del patrón o de la persona responsable.

12. Los trabajadores pueden no incorporar las premisas del patrón sin la autorización.

13. Los trabajadores estarán presentes en sus obras asignadas en la hora de salida programar. Los trabajadores pueden comenzar el trabajo antes de hora de salida programar o no continuar trabajando después de tiempo que para.

14. Los trabajadores que viven en la cubierta del patrón pueden no entretener a huéspedes en premisas de la cubierta después de 10:30 P.M. excepto el la noche de sábado en la cual las horas de la huésped de la noche terminan en la medianoche de 12:00. Ningunas personas, con excepción de los trabajadores asignados por el patrón a un cuarto, pueden dormir en cualquier sitio.

15. Los trabajadores pueden restringir deliberadamente la producción, dañar las plantas o no contusionar la fruta.

16. Cualquier trabajador que amenacen físicamente a otro trabajador, al patrón o a cualquier supervisor con cualquier herramienta o arma estará conforme a descarga inmediata.

17. Cualquier trabajador que se encuentre el llevar, el usar o el poseer de cualquier arma peligrosa o mortal estará conforme a descarga inmediata.

18. Descargarán a los trabajadores para luchar en las premisas del patrón. incluyendo premisas de la cubierta, en cualquier momento.
19. Descargarán a los trabajadores si roban de los trabajadores de compañero o del patrón.

20. Los trabajadores no falsificarán la identificación, el personal, médico, producción u otros expedientes trabajar-relacionados.

21. Los trabajadores pueden abusar o no destruir voluntarioso de la cualquier maquinaria, el carro o el otro vehículo, el equipo, las herramientas, o la otra característica que pertenece al patrón o a otros empleados.

22. Los trabajadores pueden utilizar o no funcionar los carros u otros vehículos, las máquinas, las herramientas o el otro equipo y característica a los cuales su supervisor no ha asignado el trabajador específicamente. Los trabajadores pueden utilizar o no funcionar los carros u otros vehículos, las herramientas o el otro equipo o característica para su uso personal a menos que expreso sean autorizados por el patrón.

23. Los trabajadores no deben emplear mal o quitar de las premisas de la granja sin la autorización ninguna característica patrón-poseída.

24. Los trabajadores deben obedecer todas las reglas de seguridad y prácticas comunes de seguridad y deben divulgar cualesquiera lesiones o accidente puntualmente a su supervisor o a la oficina del patrón.

25. Los trabajadores deben seguir las instrucciones del supervisor. La insubordinación es causa para el despido.

26. Las llamadas telefónicas interurbanas se prohíben sin el permiso anterior del patrón y los costes de tales llamadas, si son hechos por los trabajadores sin el permiso anterior del patrón, serán cargados a los trabajadores.

27. Excepto según lo observado de otra manera arriba, disciplinarán a los empleados que violan reglas de trabajo según el horario siguiente:

Primera ofensa: advertencia y ofensa orales de la corrección
segunda: advertencia y permiso no retribuida escritas para el balance del día.
Tercera ofensa: descarga inmediata con la declaración escrita del hecho. Pedirán el empleado firmar la declaración escrita del hecho.