UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00088-GNS-HBB

FRANCISCO JAVIER AVILA BERNAL; and
PEDRO LUIS AVILA BERNAL                                              PLAINTIFFS

v.

MIKE COLEMAN; and
KIMBERLY COLEMAN                                                      DEFENDANTS

## ORDER

This matter is before the Court on the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation ("R&R") (DN 27). In the R&R, the Magistrate Judge recommends that the Court deny Defendants' Motion for Partial Dismissal (DN 9). No objection was filed.

The Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 27) is hereby **ADOPTED**, and the R&R's findings and conclusions are incorporated by reference.

2. Defendants' Motion for Partial Dismissal (DN 9) is **DENIED**.

Greg N. Stivers, Chief Judge
United States District Court

July 2, 2019

cc:    counsel of record