IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| FRANCISCO JAVIER AVILA BERNAL and PEDRO LUIS AVILA BERNAL | ) ) ) ) |
| PLAINTIFFS | ) Civil Action No. 1:18cv-00088-GNS |
| v. | ) CHIEF JUDGE GREG N. STIVERS ) |
| MIKE COLEMAN and KIMBERLY COLEMAN | ) ) ) |
| DEFENDANTS | ) |

## **REPORT**

A settlement conference was held in this matter on September 4, 2019, commencing at 10:00 a.m. and ending at approximately 1:25 p.m. Those appearing at the conference were as follows:

For Plaintiffs:	Melia Amal Bouhabib, Attorney
　　　　　　　　Caitlin I. Berberich, Attorney
　　　　　　　　Lauren Barter, Attorney
　　　　　　　　Tomas Fernando Rogel-Gonzalez, Paralegal

For Defendant:	Gregg Hovious, Attorney
　　　　　　　　Kimberly Coleman, Coleman Farms, Owner
　　　　　　　　Teodoro Alonso Martinez, H2A Worker

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States District Chief Judge Greg N. Stivers.

ENTERED this September 5, 2019

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:  Counsel of Record
 Traci Duff, Case Manager

3|25