Case 1:18-cv-00088-GNS-HBB   Document 32   Filed 10/17/19   Page 1 of 2 PageID #: 180

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**FRANCISCO JAVIER AVILA BERNAL**
and
**PEDRO LUIS AVILA BERNAL,**

    **Plaintiffs,**

vs.  Civil Action No. 1:18-cv-88-GNS

**MIKE COLEMAN**
and
**KIMBERLY COLEMAN,**

    **Defendants.**

## AGREED ORDER TO EXTEND DEADLINE

Upon agreement of the parties and in consideration of the death of Defendant Mike Coleman,

**IT IS HEREBY ORDERED** that Defendants and Plaintiffs shall have up to and including November 11, 2019 to tender their Agreed Order Dismissing this matter.

**TENDERED BY:**

*/s/ Loren T. Prizant*
Loren T. Prizant
lprizant@middletonlaw.com
R. Gregg Hovious
ghovious@middletonlaw.com
MIDDLETON REUTLINGER PLLC
401 S. Fourth St., Ste. 2600
Louisville, KY 40202
Telephone: (502) 625-2850
Facsimile: (502) 584-1950
*Counsel for Defendants*


**HAVING SEEN AND AGREED TO:**

Melia Amal Bouhabib w/permission
Melia Amal Bouhabib
Admitted Pro Hac Vice
Caitlin Berberich
Admitted Pro Hac Vice
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
abouhabib@trla.org
cberberich@trla.org

and

Laura E. Landenwich
Adams Landenwich Walton PLLC
517 W. Ormsby Ave.
Louisville, KY 40203
Telephone: (502) 561-0085
Facsimile: (502) 415-7505
Laura@justiceky.com
*Counsel for Plaintiffs*