# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

|  |  |
|---|---|
| **FRANCISCO JAVIER AVILA BERNAL** and **PEDRO LUIS AVILA BERNAL,** <br><br> Plaintiffs, <br><br> vs. <br><br> **MIKE COLEMAN** and **KIMBERLY COLEMAN,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-88-GNS ) ) ) ) ) ) ) |

## AGREED ORDER TO EXTEND DEADLINE

Upon agreement of the parties and in consideration of the parties' agreement that Defendants shall have until December 1, 2019 to comply with their obligations under the parties' settlement agreement,

**IT IS HEREBY ORDERED** that Defendants and Plaintiffs shall have up to and including December 5, 2019 to tender their Agreed Order Dismissing this matter.

**TENDERED BY:**

_/s/ Melia Amal Bouhabib_
Melia Amal Bouhabib
Admitted Pro Hac Vice
Caitlin Berberich
Admitted Pro Hac Vice
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
abouhabib@trla.org
cberberich@trla.org

and

Laura E. Landenwich
Adams Landenwich Walton PLLC
517 W. Ormsby Ave.
Louisville, KY 40203
Telephone: (502) 561-0085
Facsimile: (502) 415-7505
Laura@justiceky.com
*Counsel for Plaintiffs*

**HAVING SEEN AND AGREED TO:**

/s/ Loren T. Prizant by permission
Loren T. Prizant
lprizant@middletonlaw.com
R. Gregg Hovious
ghovious@middletonlaw.com
MIDDLETON REUTLINGER PLLC
401 S. Fourth St., Ste. 2600
Louisville, KY 40202
Telephone: (502) 625-2850
Facsimile: (502) 584-1950
*Counsel for Defendants*