UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| FRANCISCO JAVIER AVILA BERNAL and PEDRO LUIS AVILA BERNAL,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKE COLEMAN and KIMBERLY COLEMAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-88-GNS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED ORDER OF DISMISSAL

The Parties having advised the Court that all claims of the Parties have been settled and satisfied in full,

It is hereby ORDERED that this case be and is DISMISSED with prejudice subject to the terms of the agreement between the Parties effective October 18, 2019.

Greg N. Stivers, Chief Judge
United States District Court

March 20, 2020

**TENDERED BY:**

*/s/ Melia Amal Bouhabib*
Melia Amal Bouhabib
Admitted Pro Hac Vice
Caitlin Berberich
Admitted Pro Hac Vice
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
abouhabib@trla.org
cberberich@trla.org

Laura E. Landenwich
Adams Landenwich Walton PLLC
517 W. Ormsby Ave.
Louisville, KY 40203
Telephone: (502) 561-0085
Facsimile: (502) 415-7505
Laura@justiceky.com

ATTORNEYS FOR PLAINTIFFS

**HAVING SEEN AND AGREED TO**:

/s/ Loren T. Prizant (w/ permission)
Loren T. Prizant
R. Gregg Hovious
MIDDLETON REUTLINGER PLLC
401 S. Fourth St., Ste. 2600
Louisville, KY 40202
Telephone: (502) 625-2850
Facsimile: (502) 584-1950
lprizant@middletonlaw.com
ghovious@middletonlaw.com

ATTORNEYS FOR DEFENDANTS